```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANK FOTI,                                     :      09 Civ. 944 (SHS)

                  Plaintiff,       :      ORDER

      -against-                                :

THE CITY OF NEW YORK,                           :

                  Defendant.       :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      This case has been reassigned to this Court for all purposes. Accordingly,

      IT IS HEREBY ORDERED that there will be a pretrial conference before this Court on October 16, 2009, at 10:30 a.m. in Courtroom 23A to discuss the status of this action.

Dated: New York, New York
       October 7, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.